UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## DISCLOSURE STATEMENT

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.

No.  22-1451          Caption:  Sony Music Entertainment v. Cox Communications, Inc.

Pursuant to FRAP 26.1 and Local Rule 26.1,

UMG Recordings, Inc., et al. (see attachment)
(name of party/amicus)


who is _____ Appellees _____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)


1.      Is party/amicus a publicly held corporation or other publicly held entity?    ☐ YES ☑ NO


2.      Does party/amicus have any parent corporations?                                ☑ YES ☐ NO
        If yes, identify all parent corporations, including all generations of parent corporations:
        Appellees are indirect subsidiaries of Universal Music Group, N.V., a Dutch public limited company. Vivendi SE and Compagnie de Cornouaille SAS are publicly-traded companies organized under the laws of France and own more than 10% of Universal Music Group N.V.'s stock.  No other publicly traded company owns more than 10% of Universal Music Group N.V.'s stock.


3.      Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?                                                       ☑ YES ☐ NO
        If yes, identify all such owners:
        Universal Music Group, N.V.


12/01/2019 SCC                                - 1 -

4.   Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?  ☐YES ☑NO
If yes, identify entity and nature of interest:

5.   Is party a trade association? (amici curiae do not complete this question)  ☐YES ☑NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6.   Does this case arise out of a bankruptcy proceeding?  ☐YES ☑NO
If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of the debtor.

7.   Is this a criminal case in which there was an organizational victim?  ☐YES ☑NO
If yes, the United States, absent good cause shown, must list (1) each organizational victim of the criminal activity and (2) if an organizational victim is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of victim, to the extent that information can be obtained through due diligence.

Signature: /s/ Catherine E. Stetson                    Date:         5/11/2022

Counsel for: (see attachment)

- 2 -

[ Print to PDF for Filing ]    [ Reset Form ]

**United States Court of Appeals**
**for the Fourth Circuit**

Disclosure Statement
Addendum

Short Title: Sony Music Entertainment v. Cox Communications, Inc.
Case No. 22-1451

Name of parties:

(Note: the parties listed below are all affiliates of Universal Music Group, N.V., which is not a party to this appeal)

- UMG Recordings, Inc.

- Capitol Records, LLC

- Universal Music Corp.

- Universal Music - MGB NA LLC

- Universal Music Publishing Inc.

- Universal Music Publishing AB

- Universal Music Publishing Limited

- Universal Music Publishing MGB Limited

- Universal Music - Z Tunes LLC

- Universal/Island Music Limited

- Universal/MCA Music Publishing Pty. Limited

- Music Corporation of America, Inc. d/b/a Universal Music Corp.

- Polygram Publishing, Inc.

- Songs of Universal, Inc.