## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 27, 2022

_____

RESPONSE REQUESTED

_____

No.   22-1451,    <u>Sony Music Entertainment v. Cox Communications, Incorporated</u>
1:18-cv-00950-LO-JFA

TO:    Appellees

RESPONSE DUE: 06/06/2022

Response is required to the motion for abeyance on or before 06/06/2022.

Tony Webb, Deputy Clerk
804-916-2702