UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 22-1451 _____ as

[✔] Retained  [ ] Court-appointed(CJA)  [ ] CJA associate  [ ] Court-assigned(non-CJA)  [ ] Federal Defender

[ ] Pro Bono  [ ] Government

COUNSEL FOR: (See attachment) _____

_____as the
(party name)

[ ] appellant(s)  [✔] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

/s/ Patrick C. Valencia
_____
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

| | |
|---|---|
| Patrick C. Valencia | (202) 637-5600 |
| Name (printed or typed) | Voice Phone |
| Hogan Lovells US LLP | (202) 637-5910 |
| Firm Name (if applicable) | Fax Number |
| 555 Thirteenth Street, N.W. | |
| Washington, D.C.  20004 | patrick.valencia@hoganlovells.com |
| Address | E-mail address (print or type) |

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by [ ] personal delivery; [ ] mail; [ ] third-party commercial carier; or [ ] email (with written consent) on the following persons at the addresses or email addresses shown:

_____        _____
          Signature                                                                              Date

1/28/2020  SCC                    [ Print for PDF for Filing ]      [ Reset Form ]

**United States Court of Appeals
for the Fourth Circuit**

Notice of Appearance
Addendum

Short Title: Sony Music Entertainment v. Cox Communications, Inc.
Case No. 22-1451

The Clerk will enter my appearance as counsel for:

- Sony Music Entertainment

- Arista Music

- Arista Records, LLC

- Laface Records LLC

- Provident Label Group, LLC

- Sony Music Entertainment US Latin LLC

- Volcano Entertainment III, LLC

- Zomba Recordings LLC

- Sony Music Publishing (US) LLC, f/k/a Sony/ATV Music Publishing LLC

  - Note that EMI Al Gallico Music Corp. and EMI Algee Music Corp.,

    plaintiffs below, were merged into Sony/ATV Music Publishing LLC

    effective 3/31/2020.

- EMI April Music Inc.

- EMI Blackwood Music Inc.

1

- Colgems-EMI Music Inc.

- EMI Consortium Music Publishing Inc., d/b/a EMI Full Keel Music

- EMI Consortium Songs, Inc., d/b/a EMI Longitude Music

- EMI Feist Catalog Inc.

- EMI Miller Catalog Inc.

- EMI Mills Music, Inc.

- EMI Unart Catalog Inc.

- EMI U Catalog Inc.

- Jobete Music Co. Inc.

- Stone Agate Music

- Screen Gems-EMI Music Inc.

- Stone Diamond Music Corp.

- Bad Boy Records LLC

- Atlantic Recording Corporation

- Elektra Entertainment Group Inc.

- Fueled by Ramen LLC

- Roadrunner Records, Inc.

- Warner Records, Inc. f/k/a Warner Bros. Records Inc.

- Warner Chappell Music, Inc. f/k/a Warner/Chappell Music, Inc.

- Warner-Tamerlane Publishing Corp.

2

- W Chappell Music Corp. d/b/a WC Music Corp. (f/k/a WB Music Corp.)

- W.C.M. Music Corp. f/k/a W.B.M. Music Corp.

- Unichappell Music Inc.

- Rightsong Music Inc.

- Cotillion Music, Inc.

- Intersong U.S.A., Inc.

- UMG Recordings, Inc.

- Capitol Records, LLC

- Universal Music Corp.

- Universal Music - MGB NA LLC

- Universal Music Publishing Inc.

- Universal Music Publishing AB

- Universal Music Publishing Limited

- Universal Music Publishing MGB Limited

- Universal Music - Z Tunes LLC

- Universal/Island Music Limited

- Universal/MCA Music Publishing Pty. Limited

- Music Corporation of America, Inc. d/b/a Universal Music Corp.

- Polygram Publishing, Inc.

- Songs of Universal, Inc.

3