UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1451
(1:18-cv-00950-LO-JFA)

_____

SONY MUSIC ENTERTAINMENT; ARISTA MUSIC; ARISTA RECORDS,
LLC; LAFACE RECORDS LLC; PROVIDENT LABEL GROUP, LLC; SONY
MUSIC ENTERTAINMENT US LATIN; VOLCANO ENTERTAINMENT III,
LLC; ZOMBA RECORDINGS LLC; SONY/ATV MUSIC PUBLISHING LLC;
EMI AI GALLICO MUSIC CORP.; EMI ALGEE MUSIC CORP.; EMI APRIL
MUSIC INC.; EMI BLACKWOOD MUSIC INC.; COLGEMS-EMI MUSIC
INC.; EMI CONSORTIUM MUSIC PUBLISHING INC., d/b/a EMI Full Keel
Music; EMI CONSORTIUM SONGS, INC., d/b/a EMI Longitude Music; EMI
FEIST CATALOG INC.; EMI MILLER CATALOG INC.; EMI MILLS MUSIC,
INC.; EMI UNART CATALOG INC.; EMI U CATALOG INC.; JOBETE
MUSIC CO. INC.; STONE AGATE MUSIC; SCREEN GEMS-EMI MUSIC
INC.; STONE DIAMOND MUSIC CORP.; ATLANTIC RECORDING
CORPORATION; BAD BOYS RECORDS LLC; ELEKTRA
ENTERTAINMENT GROUP INC.; FUELED BY RAMEN LLC;
ROADRUNNER RECORDS, INC.; WARNER-TAMERLANE PUBLISHING
CORP.; WB MUSIC CORP.; UNICHAPPELL MUSIC INC.; RIGHTSONG
MUSIC INC.; COTILLION MUSIC,INC.; INTERSONG U.S.A., INC.; UMG
RECORDINGS, INC.; CAPITOL RECORDS, LLC; UNIVERSAL MUSIC
CORP.; UNIVERSAL MUSIC -MGB NA LLC; UNIVERSAL MUSIC
PUBLISHING INC.; UNIVERSAL MUSIC PUBLISHING AB; UNIVERSAL
PUBLISHING LIMITED; UNIVERSAL MUSIC PUBLISHING MGB
LIMITED; UNIVERSAL MUSIC - Z TUNES LLC; UNIVERSAL/ISLAND
MUSIC LIMITED; UNIVERSAL/MCA MUSIC PUBLISHING PTY. LIMITED;
MUSIC CORPORATION OF AMERICA, INC., d/b/a Universal Music Corp.;
POLYGRAM PUBLISHING, INC.; SONGS OF UNIVERSAL, INC.; WARNER
RECORDS, INC., f/k/a W.B.M. Music Corp.; WARNER CHAPPELL MUSIC,
INC., f/k/a Warner/Chappell Music, Inc.; W.C.M. MUSIC CORP., f/k/a W.B.M.
Music Corp.

                Plaintiffs - Appellees

and

NONESUCH RECORDS INC.; WARNER BROS. RECORDS INC.;
WARNER/CHAPPELL MUSIC, INC.; W.B.M. MUSIC CORP.; UNIVERSAL -
POLYGRAM INTERNATIONAL TUNES, INC.; UNIVERSAL - SONGS OF
POLYGRAM INTERNATIONAL, INC.; UNIVERSAL POLYGRAM
INTERNATIONAL PUBLISHING, INC.; RONDOR MUSIC
INTERNATIONAL, INC.

       Plaintiffs

v.

COX COMMUNICATIONS, INC.; COXCOM, LLC

       Defendants - Appellants

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the briefing

schedule as follows:

  Joint appendix due: 09/23/2024

  Opening brief, response brief, and any reply brief in final form due:
09/23/2024

Counsel is advised that no further extensions will be granted absent a showing of

extraordinary circumstances.

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk