# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, et al.<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC.,<br><br>*Defendants-Appellants*. | No. 22-1451 |

## MOTION TO WITHDRAW CATHERINE STETSON, JO-ANN SAGAR, AND MICHAEL WEST AS COUNSEL

Pursuant to Rule 46(c), Catherine Stetson, Jo-Ann Sagar, and Michael West of Hogan Lovells US LLP hereby move to withdraw their appearances as counsel for Plaintiffs-Appellees. Plaintiffs-Appellees have decided to retain new counsel in this matter, necessitating Hogan Lovells' withdrawal. Plaintiffs-Appellees will continue to be represented in this matter by attorneys with Clement & Murphy PLLC. Plaintiffs-Appellees were given notice of this motion. In addition, counsel for Plaintiffs-Appellees have notified counsel for Defendants-Appellants, who have stated that they do not oppose this motion. Ms. Stetson, Ms. Sagar, and Mr. West therefore respectfully move the Court to enter an order granting their withdrawal as counsel.

|  |  |
|---|---|
| February 10, 2025 | Respectfully submitted,<br><br>/s/ Catherine E. Stetson<br>Catherine E. Stetson<br>Jo-Ann Tamila Sagar<br>Michael J. West<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Tel: (202) 637-5491<br>Fax: (202) 637-5910<br>cate.stetson@hoganlovells.com<br><br>*Counsel for Plaintiffs-Appellees* |

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on February 10, 2025. All counsels of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

February 10, 2025                        /s/ Catherine E. Stetson  
                                                Catherine E. Stetson